

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00129-CV

Guangcun **HUANG**,
Appellant

v.

Linman **CHANG**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-12481
Honorable Peter Sakai, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we WITHDRAW our August 4, 2021 opinion and judgment in this case. We MODIFY the trial court's December 4, 2019 Final Decree of Divorce to delete the provision entitled "Injunctive Relief." We AFFIRM the trial court's December 4, 2019 Final Decree of Divorce as modified. We ORDER the costs of this appeal to be paid by the party who incurred them.

SIGNED October 6, 2021.

_____
Beth Watkins, Justice